IN THE DISTRICT COURT OF MISSOURI
EASTERN DISTRICT

LEON LESMEISTER,                )
                                )
        Petitioner,              )
                                )
v.                              )    Case No. 4:05-cv-02262-TCM
                                )
AL LUEBBERS,                    )
                                )
        Respondent.              )

MOTION: Granted ✓ / Denied ___ / Overruled ___ Date [signature] /4/09

**Motion for Withdrawal of Attorney**

I request permission from the Court to withdraw as counsel for respondent; I no longer work for the Missouri Attorney General's Office. Assistant Attorneys General Stephen Hawke and Caroline M. Coulter would remain counsel of record for respondent.

Respectfully submitted,

/s/
RONALD S. RIBAUDO
Mo. Bar. #53833

THE RIBAUDO LAW FIRM
#1 Bridlewood Dr.
Lake St. Louis, MO 63367
Phone: (314) 768-0184
Fax:   (636) 561-1380
ron@ribaudolaw.com
www.ribaudolaw.com

Certificate of Service

On February 3, 2009, I mailed by first-class mail a copy of the foregoing motion to Leon Lesmeister, #1021638, Farmington Correctional Center, 1012 W. Columbia, Farmington, MO 63640.

/s/
Ronald S. Ribaudo