UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEON LESMEISTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case number 4:05CV2262 TCM |
| | ) | |
| SCOTT LAWRENCE and | ) | |
| CHRIS KOSTER, | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue from this Court.

    /s/ Thomas C. Mummert, III
    THOMAS C. MUMMERT, III
    UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of March, 2009.